76666.0221

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANK M. GARCIA, JR. § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> THE TRAVELERS HOME AND § <br> MARINE INSURANCE COMPANY § <br> § <br> Defendant § | Civil Action No. 5:17-CV-01050-XR |

## ADR REPORT

Now comes Frank M. Garcia, Jr. Plaintiff and The Travelers Home and Marine Insurance Company, Defendant and file this ADR Report.

1.  **Status of settlement negotiations:**

The parties have not explored in depth the potential to settle the case at this time. Defendant's expert has recently inspected the building.

2.  **Agreement to ADR:**

The parties agree that mediation is appropriate and have agreed to mediate this case as a form of alternative dispute resolution. The parties have selected by agreement, Steve Vacek, a well-known mediator who is familiar with storm related claims and litigation. The parties have also agreed to split Mr. Vacek's fee equally.

3.  **Persons responsible for settlement negotiations:**

Andrew Kunau with the assistance of Robert F. Scheihing is the person responsible for settlement negotiations for defendant. Frank M. Garcia, Jr. with the assistance of his attorneys, Robert A. Pollom and Jake Rogiers are responsible for settlement negotiations for the Plaintiff.

1

76666.0221

4. Counsel for Plaintiff and Defendant certify that Plaintiff and Defendant have been informed of the ADR procedures available in this district.

Respectfully submitted,

**KETTERMAN ROWLAND & WESTLUND**
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
robert@krwlawyers.com
jake@krwlawyers.com

By: /S/ Robert Pollom
ROBERT POLLOM
State Bar No. 24041703
JAKE ROGIERS
State Bar No. 24069066

ATTORNEYS FOR PLAINTIFF

**ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.**
SWBC Tower
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

By: _____
ROBERT F. SCHEIHING
State Bar No. 17736350

ATTORNEY FOR DEFENDANT