IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANK M. GARCIA, JR. | § § § |
| V. | § § |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY | § § § § |

CIVIL ACTION NO. 5:17-CV-01050-XR

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Frank M. Garcia, and Defendant, The Travelers Home and Marine Insurance Company, file this Stipulation of Dismissal. Plaintiff voluntarily dismisses without prejudice all claims by Plaintiff against Defendant in this matter, and Defendant agrees to the dismissal. Plaintiff and Defendant further stipulate that all costs will be borne by the party incurring same. The parties respectfully request that the Court dismiss this case without prejudice.

Respectfully submitted,

BY: _____/s/ Robert A. Pollom_____
ROBERT A. POLLOM
State Bar No. 24041703
JAKE ROGIERS
State Bar No. 24069066
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas  78232
Telephone:    (210) 490-7402
Telefacsimile: (210) 490-8372

ATTORNEY FOR PLAINTIFFS

- and -

_____
ROBERT SCHEIHING
State Bar No. 17736350
ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone:     (210) 344-0500
Telefacsimile: (210) 3447228

ATTORNEY FOR DEFENDANTS


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served in compliance with the Federal Rules of Civil Procedure to:

ROBERT SCHEIHING
State Bar No. 17736350
ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone:     (210) 344-0500
Telefacsimile: (210) 3447228

on this the __28__ day of February, 2018.


_____/s/ Robert A. Pollom_____
ROBERT A. POLLOM